# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| RAPIDDEPLOY, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>MAPBOX, INC.,<br><br>        Defendants. | Civil Action No. 1:20-cv-00040<br><br>**JURY TRIAL REQUESTED** |

**PLAINTIFF RAPIDDEPLOY, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, RapidDeploy, Inc. ("RapidDeploy"), Plaintiff in the above-captioned action, certifies that there are no corporate parents of RapidDeploy and no publicly held entities own ten percent or more of RapidDeploy's Stock.

Dated: January 13, 2020

Respectfully Submitted,

*/s/ Giri Pathmanaban*
Giri Pathmanaban
Texas Bar No. 24074865
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600 / (650) 463-2600 Fax
Email: giri.pathmanaban@lw.com

Maximilian A. Grant (*Pro Hac Vice* to be filed)
District of Columbia Bar No. 481610
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2267 / (202) 637-2201 Fax
Email: max.grant@lw.com

Jennifer L. Barry (*Pro Hac Vice* to be filed)
California State Bar No. 228066
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax
Email: jennifer.barry@lw.com

Attorneys for Plaintiff
RAPIDDEPLOY, INC.