UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RAPIDDEPLOY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAPBOX, INC., <br><br> Defendants. | Civil Action No. 1:20-cv-00040-RP |

**PLAINTIFF RAPIDDEPLOY, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff RapidDeploy, Inc. hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff RapidDeploy, Inc. filed its Complaint in the above-entitled action against Mapbox, Inc. on January 13, 2020.

2. Defendants have not served a response or motion for summary judgment in this action.

3. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party either serves an answer or a motion for summary judgment.

4. Accordingly, Plaintiff RapidDeploy, Inc. hereby dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 18, 2020

Respectfully Submitted,

*/s/Giri Pathmanaban*
Giri Pathmanaban
Texas Bar No. 24074865
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600 / (650) 463-2600 Fax
Email: giri.pathmanaban@lw.com

Maximilian A. Grant (*Pro Hac Vice*)
District of Columbia Bar No. 481610
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2267 / (202) 637-2201 Fax
Email: max.grant@lw.com

Jennifer L. Barry (*Pro Hac Vice*)
California State Bar No. 228066
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400 / (858) 523-5450 Fax
Email: jennifer.barry@lw.com

Attorneys for Plaintiff
RAPIDDEPLOY, INC.